James PEAL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44119.

Missouri Court of Appeals,
Western District.

Sept. 3, 1991.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., John Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and FENNER and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from the denial of motion for post-conviction relief.

Affirmed. Rule 84.16(b).